UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>RANADA LOWE,<br><br>        Defendant. | No. 2:16-cv-1048 KJM CKD PS<br><br>ORDER |

      In this action predicated on diversity jurisdiction, defendant has neither answered the complaint, personally served on her in August 2016, nor responded to plaintiff's May 2017 motion for default judgment. On October 12, 2016, the court ordered defendant to respond to the complaint within thirty days or face a possible default judgment. Defendant did not respond, and the Clerk of Court entered default against defendant on May 25, 2017.

      Good cause appearing, it is hereby ordered that:

      1. The June 21, 2017 hearing on plaintiff's motion for default is VACATED; and

      2. Defendant shall show cause no later than June 30, 2017 why default judgment should not

////

////

////

////

1

be entered against her in this action.  Absent a timely showing of cause, the court will recommend that plaintiff's motion for default judgment be granted.

Dated:  June 15, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 statefarm1048.osc